**Fill in this information to identify the case:**

Debtor 1: James W. Dudek

Debtor 2 (Spouse, if filing): Angela M. Dudek

United States Bankruptcy Court for the: Northern District of IL (State)

Case number: 13-02362

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 01 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: First National Bank of McHenry

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 2820

Property address: 5626 Broadway St
Richmond, IL 60071

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 9 / 01 / 17

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. Total. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____

Debtor 1  James W Dudek
　　　　　First Name　Middle Name　Last Name

Case number (if known) 13-02362

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_　　　　　　　　　　　　　　　Date 08/29/2017

Print   Susan J. Dubs
　　　　First Name  Middle Name  Last Name

Title   Senior Vice President

Company   First National Bank of McHenry

If different from the notice address listed on the proof of claim to which this response applies:

Address   3814 W. Elm Street
　　　　　Number  Street

　　　　　McHenry, IL  60050
　　　　　City　　　State　ZIP Code

Contact phone (815) 363-5805

Email s.dubs@firstmchenry.com

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**James W. Dudek and Angela M. Dudek**

RE: Case No: 13-02362

## NOTICE OF SERVICE

Northern IL Bankruptcy Court
Evert McKinley Dirksen United States Courthouse
219 Dearborn St.
Chicago, IL 60604

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532-4350

Angela M. Dudek
5626 Broadway St
Richmond, IL 60071

James W. Dudek
5626 Broadway St
Richmond, IL 60071

Paul L. Idlas
1099 N. Corporate Circle, Suite K
Grayslake, IL 60030

Please take notice that on or about _8-29_, 2017, I caused to be served upon the above parties a copy of our Response to Notice of Final Cure Payment, in regards to the above captioned matter, as attached hereto and made a part hereof, with proper postage paid.

Susan Dubs, VP, First National Bank
of McHenry, N.A.

**First National Bank of McHenry N.A
3814 W. Elm St
McHenry, IL 60050
815-385-5400**